[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
December 18, 2008
THOMAS K. KAHN
CLERK

No. 08-11598
Non-Argument Calendar

_____

D. C. Docket No. 07-60256-CR-JIC

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DONALD LOUIS COLBERT, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 18, 2008)**

Before BARKETT, WILSON and FAY, Circuit Judges.

PER CURIAM:

Valentin Rodriguez, appointed counsel for Donald Luis Colbert, filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to <u>Anders v.</u> <u>California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issue of merit, counsel's motion to withdraw is **GRANTED**, and Colbert's conviction and sentence are **AFFIRMED.**